# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VILLAPANDO,<br><br>        Plaintiff,<br><br>   vs.<br><br>CDCR,<br><br>        Defendant. | 1:14cv00823 LJO DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION<br>(Document 47)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENTION OF TIME<br>(Document 46) |

      Plaintiff Richard Villapando ("Plaintiff") is a California state prison inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On May 7, 2015, the Court issued an order declining to adopt the February 23, 2015, Findings and Recommendations. Plaintiff was given thirty (30) days from the date of service of the order within which to file an amended complaint.

      On May 22, 2015, Plaintiff filed a motion for clarification of the order, as well as a request for an extension of time.

///

///

///

Plaintiff is informed that he will not need to serve his amended complaint on Defendant. Additionally, for good cause appearing, Plaintiff's motion for additional time is GRANTED. Plaintiff shall file his amended complaint by July 6, 2015. As this is a large extension of time, further extensions <u>will not be granted absent extraordinary circumstances</u>.

IT IS SO ORDERED.

Dated:   **May 26, 2015**                        /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE