# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VILLAPANDO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CDCR,<br><br>    Defendant. | ) 1:14cv00823 LJO DLB PC<br>)<br>)<br>) ORDER REQUIRING DEFENDANT<br>) TO FILE RESPONSIVE PLEADING<br>)<br>)<br>)<br>)<br>) |

Plaintiff Richard Villapando ("Plaintiff") is a California state prison inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Pursuant to Court order, Plaintiff filed his Second Amended Complaint on June 20, 2015. Accordingly, Defendant is ORDERED to file a responsive pleading within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 1, 2015**                    /s/ Dennis L. Beck
                                             UNITED STATES MAGISTRATE JUDGE