IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD VILLAPANDO,**<br><br>                                Plaintiff,<br><br>      v.<br><br>**JEFFREY A. BEARD,**<br><br>                                Defendant. | Case No. 1:14-cv-00823 LJO DLB<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE**<br><br>**(Document 51)** |

   Defendant J. Beard ("Defendant") has filed an *ex parte* Application for an extension of time in which to respond to the Second Amended Complaint ("SAC") in this action. Having considered the Application, the Court finds good cause to grant the request. Accordingly, Defendant's request is **GRANTED.** He shall file his response on or before August 17, 2015.

IT IS SO ORDERED.

   Dated:   **July 29, 2015**                             /s/ *Dennis L. Beck*
                                                                   UNITED STATES MAGISTRATE JUDGE